UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ALEISHA KRASKE,<br><br>               Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA,<br><br>               Defendant. | CV-24-25 -H-BMM<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been met with objection,

IT IS ORDERED:

1. This case is reassigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

2. The Clerk of Court is directed to forthwith notify the parties of the making of this order.

DATED this 3rd day of September, 2024.

*/s/ Brian Morris*

———————————————
Brian Morris, Chief District Judge
United State District Court