# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| ALEISHA KRASKE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MONTANA; BRENT LASHINSKI; MARTI VINING; PATRICIA ROGERS; MICHAEL SOLEM; DOES I-X,<br><br>Defendants. | CV 24-25-H-BMM<br><br><br><br>**ORDER** |

Upon the unopposed Motion of the Plaintiff pursuant to Fed. R. Civ. P. 41(a)(2), and with good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's motion for voluntary dismissal with prejudice is GRANTED. All parties shall be responsible for paying their own fees and costs. The Clerk of Court is directed to close this case.

DATED this 18th day of December, 2024.

_____
Brian Morris, Chief District Judge
United State District Court

1